1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2     Including Professional Corporations
   RICHARD J. SIMMONS, Cal. Bar No. 72666
3  DANIEL J. McQUEEN, Cal. Bar No. 217498
   333 South Hope Street, 48th Floor
4  Los Angeles, California  90071-1448
   Telephone:  213-620-1780
5  Facsimile:  213-620-1398

6
   Attorneys for Defendants
7  CATHOLIC HEALTHCARE WEST and ST.
   MARY'S REGIONAL HEALTH CARE
8  CENTER

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12

| | |
|---|---|
| MICHELLE WUEST on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CATHOLIC HEALTHCARE WEST, a California Corporation; ST. MARY'S REGIONAL HEALTH CENTER, an unknown Nevada entity; and DOES 1-50, Inclusive,<br><br>    Defendants. | Case No. CV11-2550 CRB<br>Assigned to Hon. Charles R. Breyer<br><br>**DEFENDANTS' NOTICE OF WITHDRAWAL OF PENDING MOTION TO STRIKE AND MOTION TO DISMISS CONCERNING PLAINTIFF'S COMPLAINT; AND**<br><br>**JOINT STIPULATION TO PERMIT DEFENDANTS UNTIL SEPTEMBER 16, 2011 TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S RECENTLY FILED FIRST AMENDED COMPLAINT** |

  TO THIS HONORABLE COURT, PLAINTIFF AND HER ATTORNEY OF RECORD:

  **PLEASE TAKE NOTICE** that on August 14, 2011, Plaintiff Michelle Wuest filed a first amended complaint which addressed some (but not all) of the issues raised by Defendants in their motion to strike and motion to dismiss.

1  Accordingly, Defendants hereby withdraw their pending motions to strike and
2  dismiss, presently set for hearing on September 30, 2011, at 10:00 a.m., in the above
3  entitled Court, located at 450 Golden Gate Avenue, San Francisco, California
4  94102.  Instead, Defendants will file a responsive pleading to Plaintiff's first
5  amended complaint.
6
7       Moreover, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and
8  Defendants, through their respective counsel of record, that Defendants' responsive
9  pleading to the first amended complaint shall be due for service on or before
10 September 16, 2011.
11
12 Dated:  August 19, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Original Signed by Daniel J. McQueen*
RICHARD J. SIMMONS
DANIEL J. McQUEEN
Attorneys for Defendants
CATHOLIC HEALTHCARE WEST and ST. MARY'S REGIONAL HEALTH CARE CENTER

Dated:  August 19, 2011

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By      */s/ Original Signed by Jason J. Kuller*
MARK R. THIERMAN
JASON J. KULLER
Attorneys for Plaintiff
MICHELLE WUEST

After full consideration of the parties' stipulation to permit Defendants until September 16, 2011, to file a responsive pleading to Plaintiff's first amended complaint, the Court hereby approves the stipulation as requested and enters this order accordingly.

IT IS SO ORDERED.

Dated: _____ August 24 , 2011

By _____
HON. CHARLES R. BREYER



-3-
W02-WEST:1DJM1\403845410.1          DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS